SHELLIE LOTT, SBN:   246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| JESSICA GUTIERREZ ROMINGQUET<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>Defendant. | No.  2:16-CV-01249-CKD<br><br>**STIPULATION AND  ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

  IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended to the new due date of January 11, 2017, **and all other deadlines be extended accordingly**.  This extension is requested because through a combination of illnesses and miscommunication by Cerney Kreuze & Lott and Ms. Bohr, the original deadline to file Motion for Summary Judgment was not conveyed to Ms. Bohr.  Ms. Lott sincerely apologizes to the court and opposing counsel for the oversight and any resulting inconvenience. To improve calendaring, staff has been reassigned and responsibilities rearranged between Ms. Bohr and staff at Cerney Kreuze & Lott.

1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  December 12, 2016 | PHILLIP A. TALBERT |
| 3 | | United States Attorney<br>DEBORAH LEE STACHEL |
| 4 | | Regional Chief Counsel, Region IX |
| 5 | | |
| 6 | */s/ Shellie Lott* | */s/Ellinor Coder* |
| 7 | SHELLIE LOTT,<br>Attorney for Plaintiff | ELLINOR CODER,<br>(As authorized via E-mail 12/12/16) |
| 8 | | Special Assistant U S Attorney<br>Attorneys for Defendant |

SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JESSICA GUTIERREZ ROMINGQUET,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>Defendant. | No. 2:16-CV-01249-CKD<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to File A Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion For Summary Judgment on or before January 11, 2017.

SO ORDERED.

Dated: December 15, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3