PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
URMILA TAYLOR, CSBN 234655
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8958
    Facsimile: (415) 744-0134
    E-Mail: urmila.taylor@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JESSICA GUTIERREZ ROMINGQUET,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-01249-CKD<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME** |

    Defendant Nancy A. Berryhill,[1] Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Opposition to Plaintiff's Opening Brief, due on February 10, 2017, by 28 days, through and including March 10, 2017. This is the Commissioner's first request for an extension of time in this matter.

    An extension of time is needed in order to prepare Defendant's opposition because of the drafting attorney's exceptionally heavy workload during the month of February and the week of

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1 February 6th in particular, in which the drafting attorney has a Ninth Circuit merits brief and
2 three district court merits briefs due.  This request is made in good faith with no intention to
3 unduly delay the proceedings.  Counsel's office conferred with Plaintiff's counsel, who had no
4 objection to this request, on February 9, 2017.

5       Respectfully submitted this 9th day of February, 2017.

By: /s/* *Shellie Lott*
SHELLIE LOTT
*by email authorization on 2/9/17

Attorney for Plaintiff

PHILIP A. TALBERT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX

By: /s/ *Urmila Taylor*
URMILA TAYLOR
Special Assistant United States Attorney

OF COUNSEL:
D. ADAM LAZAR, CSBN 237485
Assistant Regional Counsel, Region IX

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:  February 13, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE